UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTWUNE LADON JENKINS, <br> TDCJ No. 1243275, <br><br> Petitioner, <br><br> VS. <br><br> DIRECTOR, TDCJ-CID, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br><br> 3:22-CV-0777-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remainder for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The court therefore **DENIES** Petitioner leave to proceed *in forma pauperis* and **ORDERS** that he pay the $5.00 filing fee within 45 days of this order. If he does not, the court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

**SO ORDERED.**

April 29, 2022.

_____
A. JOE FISH
Senior United States District Judge