UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ANTWUNE LADON JENKINS,          )
TDCJ No. 1243275,               )
                                 )
        Petitioner,         )
                                 )       CIVIL ACTION NO.
VS.                             )
                                 )       3:22-CV-0777-G-BN
DIRECTOR, TDCJ-CID,           )
                                 )
        Respondent.      )

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DENYING A CERTIFICATE OF APPEALABILITY**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions, and recommendation for plain error.  The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, except for the following:  on page four, line nine, "800 n.9" should be replaced with "799".

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court **DENIES** a certificate of appealability.  The court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions,

and Recommendation filed in this case in support of its finding that Petitioner has

failed to show that reasonable jurists would find "it debatable whether the petition

states a valid claim of the denial of a constitutional right" or "debatable whether [this

court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484

(2000).[*]

But, if Petitioner elects to file a notice of appeal, he must either pay the

appellate filing fee ($505) or move for leave to appeal *in forma pauperis*.

---

[*]     Rule 11 of the Rules Governing §§ 2254 and 2255 Cases, as amended
effective on December 1, 2009, reads as follows:

> (a) Certificate of Appealability.  The district court must
> issue or deny a certificate of appealability when it enters a
> final order adverse to the applicant.  Before entering the
> final order, the court may direct the parties to submit
> arguments on whether a certificate should issue.  If the
> court issues a certificate, the court must state the specific
> issue or issues that satisfy the showing required by 28
> U.S.C. § 2253(c)(2).  If the court denies a certificate, the
> parties may not appeal the denial but may seek a certificate
> from the court of appeals under Federal Rule of Appellate
> Procedure 22.  A motion to reconsider a denial does not
> extend the time to appeal.
>
> (b) Time to Appeal.  Federal Rule of Appellate Procedure
> 4(a) governs the time to appeal an order entered under
> these rules.  A timely notice of appeal must be filed even if
> the district court issues a certificate of appealability.

**SO ORDERED**.

June 22, 2022.

A. JOE FISH
Senior United States District Judge